UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>QUADRANT 4 SYSTEM CORP., NANDU THONDAVADI, and DHRU DESAI,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 17-cv-04883 |

**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT
AS TO DEFENDANT QUADRANT 4 SYSTEM CORPORATION**

　　　Plaintiff U.S. Securities and Exchange Commission ("SEC") submits the Judgment as to Defendant Quadrant 4 System Corporation (Exhibit 1).[1]  Defendant Quadrant 4 System Corporation has executed its Consent as to the entry of this Judgment (Exhibit 2).  The SEC respectfully asks the Court to enter this Judgment.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Meredith J. Laval
　　　　　　　　　　　　　　　　　　　Meredith J. Laval (Ill. Bar. No. 6294356)
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　**UNITED STATES SECURITIES
　　　　　　　　　　　　　　　　　　　AND EXCHANGE COMMISSION**
　　　　　　　　　　　　　　　　　　　175 W. Jackson Blvd., Suite 1450
　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　Telephone: (312) 353-7390
　　　　　　　　　　　　　　　　　　　Facsimile: (312) 353-7398

Dated: June 29, 2017

---

[1] An electronic copy will be filed with the Court's proposed order email inbox.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 29, 2017, I electronically submitted the foregoing *Unopposed Motion for Entry of Judgment as to Defendant Quadrant 4 System Corporation* to the Clerk of the Court using the CM/ECF System. The following persons and entities were served as shown below:

Michael MacPhail (Counsel to Quadrant 4 System Corporation, by email)
*michael.macphail@faegrebd.com*
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Theodore T. Poulos (Counsel for Defendant Nandu Thondavadi, by email)
*tpoulos@cotsiriloslaw.com*
Terence H. Campbell
Cotsirilos, Tighe & Streicker, LLP
33 North Dearborn Street
Suite 600
Chicago, IL 60602

Jeffrey Stone (Counsel for Defendant Dhru Desai, by email)
*jstone@mwe.com*
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 984-2064

    Respectfully submitted,

    s/ Meredith J. Laval
    Meredith J. Laval (Ill. Bar. No. 6294356)
    One of the Attorneys for Plaintiff
    **UNITED STATES SECURITIES**
    **AND EXCHANGE COMMISSION**
    175 W. Jackson Blvd., Suite 1450
    Chicago, IL 60604
    Telephone: (312) 353-7390
    Facsimile: (312) 353-7398

Dated: June 29, 2017