UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         **Plaintiff,**<br><br>    **v.**<br><br>**QUADRANT 4 SYSTEM CORP., NANDU THONDAVADI, and DHRU DESAI,**<br><br>         **Defendants.** | **Civil Action No. 17-cv-04883** |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT
## AS TO DEFENDANT QUADRANT 4 SYSTEM CORPORATION

Plaintiff U.S. Securities and Exchange Commission ("SEC") has determined not to seek imposition of disgorgement, prejudgment interest, and a civil penalty as to Defendant Quadrant 4 System Corporation in light of the liquidating Chapter 11 bankruptcy case, <u>In re Quadrant 4 System Corporation</u>, Case No. 17-19689 (Bankr. N.D. Ill.).

The SEC thus submits the <u>Final Judgment as to Defendant Quadrant 4 System Corporation</u> (Exhibit 1).[1] Counsel to Defendant Quadrant 4 System Corporation agrees with the filing of this Motion.

The SEC respectfully asks the Court to enter this Final Judgment, which fully resolves the SEC's claims against Defendant Quadrant 4 System Corporation.

---

[1] An electronic copy will be filed with the Court's proposed order email inbox.

Respectfully submitted,

s/ Robin Andrews
Robin Andrews (Ill. Bar. No. 6285644)
One of the Attorneys for Plaintiff
**UNITED STATES SECURITIES**
**AND EXCHANGE COMMISSION**
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: September 20, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

v.

QUADRANT 4 SYSTEM CORP., NANDU
THONDAVADI, and DHRU DESAI,

              Defendants.

Civil Action No. 17-cv-04883

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 20, 2017, I electronically submitted the foregoing *Agreed Motion for Entry of Final Judgment as to Defendant Quadrant 4 System Corporation* to the Clerk of the Court using the CM/ECF System. The following persons and entities were served as shown below:

Michael MacPhail (Counsel to Quadrant 4 System Corporation, by email)
*michael.macphail@faegrebd.com*
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

Theodore T. Poulos (Counsel for Defendant Nandu Thondavadi, by email)
*tpoulos@cotsiriloslaw.com*
Terence H. Campbell
Cotsirilos, Tighe & Streicker, LLP
33 North Dearborn Street
Suite 600
Chicago, IL  60602

Jeffrey Stone (Counsel for Defendant Dhru Desai, by email)
*jstone@mwe.com*
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606
(312) 984-2064

Dated: September 20, 2017

Respectfully submitted,

s/ Robin Andrews
Robin Andrews (Ill. Bar. No. 6285644)
One of the Attorneys for Plaintiff
**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398