UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                          **Plaintiff,**<br><br>          v.<br><br>**QUADRANT 4 SYSTEM CORP., NANDU THONDAVADI, and DHRU DESAI,**<br><br>                                          **Defendants.** | Civil Action No. 17-cv-04883 |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT DHRU DESAI

Plaintiff U.S. Securities and Exchange Commission ("SEC") submits the <u>Final Judgment as to Defendant Dhru Desai</u> (Exhibit 1).[1] Counsel to Defendant Dhru Desai agrees with the filing of this Motion.

The SEC respectfully asks the Court to enter this Final Judgment, which fully resolves the SEC's claims against Defendant Dhru Desai.

                                                Respectfully submitted,

                                                s/ Robin Andrews
                                                Robin Andrews (Ill. Bar. No. 6285644)
                                                One of the Attorneys for Plaintiff
                                                **UNITED STATES SECURITIES**
                                                **AND EXCHANGE COMMISSION**
                                                175 W. Jackson Blvd., Suite 1450
                                                Chicago, IL 60604
                                                Telephone: (312) 353-7390
                                                Facsimile: (312) 353-7398

Dated: June 19, 2018

---

[1]     An electronic copy will be filed with the Court's proposed order email inbox.