# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States Securities and Exchange Commission

                  Plaintiff,

v.                                          Case No.: 1:17−cv−04883

                                                Honorable Sara L. Ellis

Quadrant 4 System Corporation, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 25, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Agreed motion for entry of final judgment against Defendant Dhru Desai [45] is granted. Enter Judgment as to Defendant Dhru Desai. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.