# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 17-cv-04883 |
| QUADRANT 4 SYSTEM CORP., NANDU THONDAVADI, and DHRU DESAI, | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF JUDGMENT
## AS TO DEFENDANT NANDU THONDAVADI

Plaintiff U.S. Securities and Exchange Commission ("SEC") submits the Judgment as to Defendant Nandu Thondavadi (Exhibit 1)[1] pursuant to the Consent of Defendant Thondavadi (Exhibit 2). Counsel to Defendant Nandu Thondavadi agrees with the filing of this Motion.

The SEC respectfully asks the Court to enter this Judgment, which resolves the SEC's claims against Defendant Nandu Thondavadi except as to monetary relief.

Respectfully submitted,

s/ Robin Andrews
Robin Andrews (Ill. Bar. No. 6285644)
One of the Attorneys for Plaintiff
**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: April 10, 2019

---

[1] An electronic copy will be filed with the Court's proposed order email inbox.