UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**QUADRANT 4 SYSTEM CORP., NANDU THONDAVADI, and DHRU DESAI,**<br><br>         **Defendants.** | Civil Action No. 17-cv-04883 |

**AGREED MOTION FOR ENTRY OF FINAL JUDGMENT
AS TO DEFENDANT NANDU THONDAVADI**

Plaintiff U.S. Securities and Exchange Commission ("SEC") submits the <u>Final Judgment as to Defendant Nandu Thondavadi</u> (Exhibit 1).[1] Counsel to Defendant Nandu Thondavadi agrees with the entry of this Final Judgment.

The SEC respectfully asks the Court to enter this Final Judgment, which fully resolves the SEC's claims against Defendant Nandu Thondavadi.

            Respectfully submitted,

            s/ Robin Andrews
            Robin Andrews (Ill. Bar. No. 6285644)
            One of the Attorneys for Plaintiff
            **UNITED STATES SECURITIES
            AND EXCHANGE COMMISSION**
            175 W. Jackson Blvd., Suite 1450
            Chicago, IL 60604
            Telephone: (312) 353-7390
            Facsimile: (312) 353-7398

Dated: July 25, 2019

---

[1]  An electronic copy will be filed with the Court's proposed order email inbox.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUADRANT 4 SYSTEM CORP., NANDU THONDAVADI, and DHRU DESAI,<br><br>Defendants. | Civil Action No. 17-cv-04883 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 25, 2019, I electronically submitted the foregoing *Agreed Motion for Entry of Final Judgment as to Defendant Nandu Thondavadi* to the Clerk of the Court using the CM/ECF System. The following persons and entities were served as shown below:

Michael A. Brandess (Counsel to Liquidating Trustee for Quadrant 4 System Corporation, by email)
*mbrandess@sfgh.com*
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602

Theodore T. Poulos (Counsel for Defendant Nandu Thondavadi, by email)
*tpoulos@cotsiriloslaw.com*
Terence H. Campbell
Cotsirilos, Tighe & Streicker, LLP
33 North Dearborn Street
Suite 600
Chicago, IL 60602

Steve Scholes (Counsel for Defendant Dhru Desai, by email)
*sscholes@mwe.com*
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 984-7762

        Respectfully submitted,

        <u>s/ Robin Andrews</u>
        Robin Andrews (Ill. Bar. No. 6285644)
        One of the Attorneys for Plaintiff
        **UNITED STATES SECURITIES**
        **AND EXCHANGE COMMISSION**
        175 W. Jackson Blvd., Suite 1450
        Chicago, IL 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398

Dated: July 25, 2019